WALTER J. WAYTE, Appellant, v. BOWKER CHEMICAL COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concurred.

ASHTON D. WEED and RAY H. WEED, Copartners, etc., Respondents, v. GASCO SPECIALTY COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

BARNETT WILENSKY, Respondent, v. ISAAC COHEN, Appellant, and FANNIE COHEN, His Wife, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concurred.

HELEN B. GINNANE, as Administratrix, etc., Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Motion denied as now unnecessary. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

GEORGE HERMANN, Appellant, v. KATE LUDWIG and Others, Respondents, and JOHN C. GOETZ, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.